UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAVEL STARODOUBTSEV and NATALIA
VINOKHODOVA,

        Plaintiffs,

        v.

MICHAEL MUKASEY[1], *et al.*,

        Defendants.

CASE NO. C07-0616RSM

ORDER DISMISSING ACTION AS
MOOT

      This matter comes before the Court on defendants' Supplemental Memorandum. (Dkt. #23).  On November 19, 2007, this Court entered an order deferring plaintiff's motion for summary judgment and denying defendants' cross-motion for summary judgment.  (Dkt. #21).  Specifically, this Court ordered defendants to provide particularized information by December 31, 2007 to explain the more than three-year delay in processing plaintiff Natalia Vinokhodova's ("Vinokhodova") I-485 application.[2]  *Id.* at 11.  On December 28, 2007, defendants responded as directed.

      Having reviewed defendants' supplemental memorandum, and the remainder of the record, the Court hereby finds and ORDERS:

---

    [1] This Court shall substitute Alberto R. Gonzales with newly appointed Attorney General Michael Mukasey pursuant to Fed. R. Civ. P. 25(d).

    [2] Plaintiff Pavel Starodoubtsev's I-485 application was approved on July 24, 2007, after the filing of the underlying lawsuit.

ORDER
PAGE - 1

(1)  This action is DISMISSED.  In its supplemental memorandum, defendants indicated that it had issued a decision approving plaintiff Vinokhodova's I-485 application. (Dkt. #23 at 1).  Defendants further indicated that she would received her Permanent Resident Card in the mail within two weeks.  *Id.*  Accordingly, plaintiff's underlying claim for mandamus relief compelling adjudication of her I-485 application is now moot.

(2)  The Clerk is directed to forward a copy of this Order to all counsel of record.


DATED this 3rd  day of January, 2008.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2