UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAVEL STARODOUBTSEV and NATALIA VINOKHODOVA,

Plaintiffs,

v.

MICHAEL MUKASEY[1], *et al.*,

Defendants.

CASE NO. C07-0616RSM

ORDER GRANTING PLAINTIFF'S MOTION TO SEAL

This matter comes before the Court on plaintiff's Motion to Seal Summary Judgment Motion. (Dkt. #26). On January 3, 2008, the Court dismissed this writ of mandamus action because plaintiff Natalia Vinokhodova's ("plaintiff")[2] I-485 Application to Adjust Status was approved. Plaintiff now moves to seal a previously filed summary judgment motion in order to protect sensitive information, and in lieu of filing a redacted summary judgment motion.

Having reviewed plaintiff's motion, and the remainder of the record, the Court hereby finds and ORDERS:

(1) Plaintiff's Motion to Seal Summary Judgment Motion (Dkt. #26) is GRANTED. Defendants have indicated that they do not oppose plaintiff's motion. (Dkt. #26 at 2).

---

[1] This Court shall substitute Alberto R. Gonzales with newly appointed Attorney General Michael Mukasey pursuant to Fed. R. Civ. P. 25(d).

[2] Plaintiff Pavel Starodoubtsev's I-485 application was approved on July 24, 2007, after the filing of the underlying lawsuit.

ORDER
PAGE - 1

1 | Accordingly, the Clerk is directed to seal plaintiff's summary judgment motion.  (Dkt. #6).

2 | (2)  The Clerk is directed to forward a copy of this Order to all counsel of record.

4 | DATED this 1st  day of February, 2008.

```
                              RICARDO S. MARTINEZ
                              UNITED STATES DISTRICT JUDGE
```